# EXHIBIT "A"



# Flager & Associates, PC

A Professional Corporation
ATTORNEYS AT LAW

RANDALL C. FLAGER*
MICHAEL S. LEVIN*
ADAM D. FLAGER*
SCOTT C. HOLBERT*

COUNSEL TO THE FIRM
HARVEY A. SERNOVITZ

EDWARD J. ZANINE
1968-2018

LEGAL ASSISTANTS
SHERRY D. FLAGER
TERRI SNEAD
LISA TOKMAJIAN
KRISTIN CROSBEE
KIM DWYER, RN

* Member of NJ & PA Bars

One Northbrook Corporate Center
1210 Northbrook Drive, Suite 280
Trevose, PA 19053
(215) 953-5200
FAX: (215) 953-5214

mail@FlagerLaw.com
www.FlagerLaw.com

February 6, 2026

RECEIVED
FEB 13 2026
COSTCO LEGAL DEPT

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027

Re: Raffellini v. Costco Wholesale Corporation
Docket Number:    2026-02035
Our File Number:  220187

Dear Sir/Madam:

Enclosed please find a Complaint in Civil Action which was filed on February 4, 2026, in the Court of Common Pleas of Montgomery County, Civil Action No. 2026-02035. This represents the official commencement of a lawsuit against you. It is incumbent upon you to turn this over to your insurance company immediately upon your receipt.

Very truly yours,

MICHAEL S. LEVIN

MSL/vlv
Enclosures
cc: Lydia Raffellini

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED
& First Class Mail**

Risk Management
RECEIVED
FEB 16 2026

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

| | |
|---|---|
| LYDIA RAFFELLINI<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION | NO. 2026-02035 |

## NOTICE TO DEFEND – CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA

19404-0268 (610) 279-9660, EXTENSION 201

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

LYDIA RAFFELLINI

vs.

COSTCO WHOLESALE CORPORATION

NO. 2026-02035

## CIVIL COVER SHEET

State Rule 205.5 requires this form be attached to any document <u>commencing an action</u> in the Montgomery County Court of Common Pleas. The information provided herein is used solely as an aid in tracking cases in the court system. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.

Name of Plaintiff/Appellant's Attorney: MICHAEL S LEVIN, ESQ., ID: 78463

Self-Represented (Pro Se) Litigant [ ]

**Class Action Suit**   [ ] Yes   [X] No

**MDJ Appeal**   [ ] Yes   [X] No      **Money Damages Requested** [X]

**Commencement of Action:**      **Amount in Controversy:**

Complaint      More than $50,000

## Case Type and Code

Tort: _____

Premises Liability

**Other:** _____

Case# 2026-02035-0 Docketed at Montgomery County Prothonotary on 02/04/2026 10:02 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2026-02035-0 Docketed at Montgomery County Prothonotary on 02/04/2026 10:02 AM, Fee = $304.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| | |
|---|---|
| FLAGER & ASSOCIATES, P.C.<br>BY:  Michael S. Levin, Esquire<br>I.D. No.: 78463<br>1210 Northbrook Corporate Center<br>Suite 280<br>Trevose, PA 19053<br>(215) 953-5200 | JURY TRIAL OF TWELVE (12)<br>JURORS IS DEMANDED<br><br><br><br><br>Attorney for Plaintiffs |

LYDIA RAFFELLINI and  
BRUCE AUGUSTINE, h/w  
533 Carpenter Lane  
Philadelphia, PA   19119  
         Plaintiffs  

 v.  

COSTCO WHOLESALE CORPORATION  
999 Lake Drive  
Issaquah, WA   98027  
         Defendant  

COURT OF COMMON PLEAS  
OF MONTGOMERY COUNTY  
PENNSYLVANIA  

NO.

## NOTICE

You have been sued in Court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.  You are warned that, if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.

***YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.***

**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

MONTGOMERY COUNTY BAR ASSOCIATION  
100 West Airy Street, P.O. Box 268  
Norristown, PA   19401  
(215) 279-9660, 279-9669

## COMPLAINT - CIVIL ACTION

1. Plaintiffs, Lydia Raffellini and Bruce Augustine, husband and wife, are adult individuals and citizens and residents of the Commonwealth of Pennsylvania, residing therein at 533 Carpenter Lane, Philadelphia, Pennsylvania.

2. Defendant, Costco Wholesale Corporation, is a foreign business corporation organized in the state of Washington, with a registered address of 999 Lake Drive, Issaquah, Washington.

3. On or about April 2, 2024, Defendant owned, possessed, controlled, managed, maintained and operated a Costco Warehouse located at 744 Upper State Road, North Wales, Pennsylvania, hereinafter referred to as the "Premises."

4. At all times relevant, Plaintiff, Lydia Raffellini, was a business invitee of the Premises when she was caused to slip and fall and injure herself due to a dangerous and/or defective condition, specifically an accumulation of water inside the property near the Optic Department in an area which was improperly maintained, cleaned, inspected and otherwise permitted to exist by the Defendant and/or by and through their agents, servants, workmen and employees. As a result thereof, Plaintiff sustained severe and serious injuries which are hereinafter more fully described.

5. At all times relevant hereto, the Defendant, through their agents, servants, workmen and/or employees, had actual and/or constructive notice of the dangerous condition of the premises recited in the paragraph above, or, in the alternative, had by their own acts and/or omissions, created the dangerous and defective condition complained of, and are therefore deemed to have actual notice of the same.

## COUNT I

## LYDIA RAFFELLINI V. COSTCO WHOLESALE CORPORATION

6. Plaintiff, Lydia Raffellini, hereby incorporates by reference the averments set forth in the preceding paragraphs of this Complaint as though the same were fully set forth at length herein.

7. The negligence and carelessness of the Defendant, by and through their agents, servants, workmen and employees, consisted of, but is not limited to the following:

   (a) permitting, allowing or creating a dangerous condition to exist in and upon the premises which was supervised, maintained, controlled and/or owned by Defendant, after they knew or should have known of said condition;

   (b) failing to give Plaintiff proper and due notice of the dangerous condition existing on the premises under their care, supervision and maintenance;

   (c) failing to keep the premises free from water on the floor for business invitees;

   (d) failing to place warnings or proper barricades at the point of the incident to prevent the occurrence heretofore recited;

   (e) failure to conduct reasonable inspections of the premises;

   (f) failing to properly remove the water from the premises.

   (g) Failing to take reasonable precautions to prevent water from being tracked into the retail area of the store during a heavy rain event;

   (h) Failing to provide reasonable and necessary wet floor warnings; and

   (i) Failing to place absorbent mats or similar items near the entry doors to prevent water being tracked into the retail area by customers during a heavy rain event.

8. As a direct result of the aforesaid negligence and carelessness of the defendant, Plaintiff, Lydia Raffellini, was caused to sustain serious and painful injuries, including but not limited to: a left humeral neck fracture, left superior pubic ramus fracture, left inferior pubic rami fracture, left rib fracture, severe tricompartmental osteoarthritis of the left knee requiring a total knee replacement, and other damage to her bones, cells, muscles, tissues and nervous system, some or all of which may be permanent in nature.

9. As a further result, Plaintiff has been forced to expend various and diverse sums of money in an effort to treat and cure her injuries and ills and she may be required to do so for an indefinite time into the future.

10. As a further result, Plaintiff has suffered great physical pain, mental anguish, emotional suffering and other economic and non-economic losses, all of which may continue in the future.

11. As a further result, Plaintiff has suffered a loss of the enjoyment of her usual duties, life's pleasures and activities to her great detriment and loss.

WHEREFORE, Plaintiff, LYDIA RAFFELLINI, demands judgment against Defendant, COSTCO WHOLESALE CORPORATION, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest, costs of suit and delay damages.

## COUNT II

### BRUCE AUGUSTINE V. COSTCO WHOLESALE CORPORATION

12. Plaintiff, Bruce Augustine, hereby incorporates by reference the averments set forth in the preceding paragraphs of this Complaint as though the same were fully set forth at length herein.

13. At all times material hereto, Plaintiff, Bruce Augustine, was and is the husband of Plaintiff, Lydia Raffellini.

14. As a result of the negligence and carelessness on the part of the Defendant, Plaintiff, Bruce Augustine, has been deprived of the comfort, aid, companionship, society, service and assistance of his wife and prays for recovery of same and recovery for loss of consortium.

16. As a further result of the negligence and carelessness on the part of Defendant, Plaintiff, Bruce Augustine, has been compelled to expend various and diverse sums of money for medicine and medical attention in an effort to alleviate and cure the injuries suffered by his wife, and he may be obliged to continue to expend such sums or incur such expenditures for an indefinite time in the future.

WHEREFORE, Plaintiff, BRUCE AUGUSTINE, demands judgment against Defendant, COSTCO WHOLESALE CORPORATION, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest, costs of suit and delay damages.

FLAGER AND ASSOCIATES, P.C.

BY: _____
MICHAEL S. LEVIN
Attorney for Plaintiffs

## JURY DEMAND

Plaintiffs hereby demand a jury trial of twelve jurors.

FLAGER AND ASSOCIATES, P.C.

BY: _____
MICHAEL S. LEVIN
Attorney for Plaintiffs

## VERIFICATION BASED UPON PERSONAL KNOWLEDGE
## AND INFORMATION SUPPLIED BY COUNSEL

I, Lydia Raffellini, verify that I am the Plaintiff in the foregoing action and that the attached Complaint is based upon the information which has been gathered by my counsel in preparation of this lawsuit. The language of the Complaint is that of counsel. I have read the Complaint, and to the extent that it is based upon information which I have given to my counsel, it is true and correct to the best of my knowledge, information and belief. To the extent that the contents of the Complaint are that of counsel, I have relied upon counsel in making this Verification.

I understand that intentional false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsifications made to authorities.

*[Signature: Lydia Raffellini]*

02/04/2026
DATED